I have read, understand, and agree to the above fee arrangement.  I agree to be a plaintiff in a case under the Federal Fair Labor Standards Act.

BY: _____

Client (Signature)/Date

Edwin Bonilla
_____

Client (Printed Name)

2026 4411318
_____

Telephone Number

_____

Email

1815 17 Th ST NW
_____

Address

Washington DC op62
_____

City, State, Zip Code