**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWIN BONILLA | * |
| A/K/A OMAR RUBIO | * |
| | * |
|    PLAINTIFF | * |
| | * |
| v. | *   Case No.: 12-cv-1216 |
| | * |
| TONO, INC. | * |
| D/B/A TONO SUSHI RESTAURANT | * |
| | * |
|    DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT STIPULATION OF DISMISSAL OF ALL COUNTS AND CLAIMS

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims alleged in this matter against Defendant, <u>with prejudice</u>. Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by Plaintiff's counsel and Defendant's counsel.

The parties understand that pursuant to 29 U.S.C. § 216(c), settlement of claims under the Fair Labor Standards Act requires approval of either the Department of Labor or the Court. The parties, however, do not desire or otherwise request Court approval of their FLSA settlement. Rather, the parties request <u>only</u> dismissal, with prejudice.

WHEREFORE, Plaintiff hereby notifies the Court that this matter is dismissed, <u>with prejudice</u>.

Respectfully submitted,

October 18, 2012

_____/s/_____
Gregg C. Greenberg, Bar No. 17291
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone:  (301) 587-9373
Fax:  (301) 587-9397
Email:  ggreenberg@zipinlaw.com

*Counsel for Plaintiff*

/s/_____
Bart Colombo, Esq.
DC Bar No. 444792
O'REILLY & MARK, PC
21 Main Street, P.O. Box 305
Round Hill, VA 20142
(703)442-4166 phone
(703)443-0432 fax
Bcolombo@oreillymark.com

*Attorney for Defendant*